IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| CALVIN JACKSON, ADC #134338 | | PETITIONER |
| v. | 5:14CV00388-DPM (LEAD) | |
| WENDY KELLEY, Director, Arkansas Department of Correction | | RESPONDENT |

**Consolidated With:**

| | | |
|---|---|---|
| CALVIN JACKSON, ADC #134338 | | PETITIONER |
| v. | 5:15CV00365-DPM-JJV | |
| WENDY KELLEY, Director, Arkansas Department of Correction | | RESPONDENT |

## ORDER

Petitioner filed these two actions *pro se* pursuant to 28 U.S.C. § 2254. Having reviewed both files, the Court finds that consolidation of the two cases is appropriate. In accordance with the practice of the Eastern District of Arkansas, the first-filed case (*Jackson v. Kelley,* 5:14CV00388-DPM) is designated the lead case and all future pleadings shall be filed in the lead case. All pleadings filed in 5:15CV00365 shall be docketed in the lead case. Because the lead case is stayed, all pending motions should be denied as moot.

IT IS SO ORDERED this 1st day of December, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE