IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CALVIN EUGENE JACKSON,
ADC #134338                                                          PETITIONER

v.                          No. 5:14-cv-388-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                    RESPONDENT

## JUDGMENT

Jackson's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 May 2017